December 19, 2008

Mr. William M. Nichols
William M. Nichols, P.C.
McAllister Plaza, Suite 1250
9601 McAllister Freeway
San Antonio, TX 78216-5150

Ms. Stephanie S. Bascon
Law Office of Stephanie S. Bascon PLLC
245 South Seguin Avenue
New Braunfels, TX 78130
Ms. Debra Ibarra Mayfield
Rymer Moore Jackson & Echols, P.C.
2801 Post Oak Blvd., Suite 250
Houston, TX 77056

RE: Case Number: 08-0268
 Court of Appeals Number: 04-07-00340-CV
 Trial Court Number: 2006-CI-13111

Style: CRAIG GARDNER AND THELMA GARDNER
 v.
 U.S. IMAGING INC. D/B/A SADI PAIN MANAGEMENT AND BERNEY KESZLER, M.D.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Keith E. Hottle |
| |Ms. Margaret G. |
| |Montemayor |